UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CECIL RAY HUDDLESTON, ) <br> (TDCJ No. 2192497), ) <br>     Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> THE MINERAL WELLS INDEX, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br><br> 3:19-CV-1248-G (BN) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

September 12, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**